# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JOSEPH TILLERY,                : No. 90 MM 2014

               Petitioner

            v.

PENNSYLVANIA BOARD OF
PROBATION AND PAROLE,

              Respondent

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.